■ ELTON LEATHER CORPORATION, Respondent, v JOHNSTOWN LEATHER CORPORATION, Appellant. — Appeal from an order of the Supreme Court at Special Term (Amyot, J.), entered December 11, 1981 in Fulton County, which granted plaintiff's motion for partial summary judgment and directed an assessment of damages. Order affirmed, with costs, on the opinion of Mr. Justice J. Raymond Amyot at Special Term. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ IDA W. SPAULDING, Respondent, v FRANK J. BENENATI, Appellant. — Motion for reargument denied, without costs. Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion, ought to be reviewed by the Court of Appeals: "Did this court err as a matter of law in reinstating the third defense and granting partial summary judgment to defendant on that portion of the complaint which seeks to recover $4,000 for the sale of good will?" Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE W. VAIL, JR., Appellant. — Motion for reargument granted, and upon reargument, motion to reopen appeal for the purpose of raising issues related to the suppression hearing granted. Appellant shall file and serve supplemental record and brief on or before July 12, 1982. Respondent shall file and serve brief on or before August 12, 1982. Appeal set down for term commencing October 4, 1982. Mahoney, P. J., Sweeney, Kane, Main and Casey, JJ., concur.